**Order filed January 7, 2014, Withdrawn, Appeal Reinstated and Order filed March 18, 2014**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-13-00725-CR

_____

**JASON MICHAEL PLACIDE, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

---

**On Appeal from the 180th District Court**
**Harris County, Texas**
**Trial Court Cause No. 1353416**

---

## ORDER

On January 7, 2014, this Court issued an order abating the appeal and directing the trial court to submit findings of fact and conclusions of law on the voluntariness of appellant's statement.

On March 14, 2014, a supplemental clerk's record was filed containing the trial court's findings of fact and conclusions of law. Therefore, our order of

January 7, 2014, is withdrawn.  The appeal is reinstated.  The State's brief is due April 17, 2014.

PER CURIAM